MATTHEW I. KNEPPER, ESQ.
Nevada Bar No. 12796
AKERMAN LLP
1160 Town Center Drive, Suite 330
Las Vegas, Nevada  89144
Telephone:    (702) 634-5000
Facsimile:    (702) 380-8572
Email:  matthew.knepper@akerman.com

*Attorneys for Defendant Synchrony Bank*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| RENEE PETROFSKY,<br><br>                              Plaintiff,<br><br>v.<br><br>SYNCHRONY BANK and EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>                              Defendants. | Case No.:  2:15-cv-01938-JCM-GWF<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR SYNCHRONY BANK TO FILE A RESPONSIVE PLEADING TO PLAINTIFF'S COMPLAINT**<br><br>**(FIRST REQUEST)** |

The parties respectfully submit the following Stipulation to allow Defendant Synchrony Bank ("Synchrony") thirty additional days from the date of entry of this order to file a responsive pleading.  Plaintiff Renee Petrofsky ("Plaintiff") filed her complaint on October 8, 2015.  ECF No. 1.  Synchrony's response was due on December 1, 2015.  Pursuant to Stipulation of the parties, Synchrony shall have until December 31, 2015 to file a responsive pleading.

The parties enter into this stipulation in order to address current time constraints on defense counsel, and provide the parties with additional time to pursue settlement.

This is the parties first request for an extension.

Renee Petrofsky v. Synchrony Bank, et al

2:15-cv-01938-JCM-GWF

DATED this 30th day of November, 2015.

| **HAINES & KRIEGER, LLC** | **AKERMAN LLP** |
|---|---|
| /s/ *David Krieger*<br>DAVID H. KRIEGER, ESQ.<br>Nevada Bar No. 9086<br>8985 S. Eastern Avenue, Suite 130<br>Henderson, NV 89123<br><br>*Attorneys for Plaintiff* | /s/ *Matthew Knepper*<br>MATTHEW I. KNEPPER<br>Nevada Bar No. 12796<br>1160 Town Center Drive, Suite 330<br>Las Vegas, Nevada 89144<br><br>*Attorneys for Defendant Synchrony Bank* |
| **HYDE & SWIGART**<br><br>/s/ *Sara Khosroabadi*<br>SARA KHOSROABADI, ESQ.<br>Nevada Bar No. 13703<br>7854 W. Sahara Avenue<br>Las Vegas, NV  89117<br><br>*Attorneys for Plaintiff* | |

**IT IS SO ORDERED:**

_____
GEORGE FOLEY, JR.
**United States Magistrate Judge**
**DATED:** December 1, 2015

2