# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| RENEE PETROFSKY,<br><br>                Plaintiff(s),<br><br>   v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC. and SYNCHRONY BANK,<br><br>                Defendant(s). | Case No. 2:15-CV-1938 JCM (GWF)<br><br>ORDER |

Presently before the court is defendant Synchrony Bank's motion to dismiss. (Doc. #22). The parties have since filed a notice of settlement between plaintiff Renee Petrofsky and defendant. (Doc. #24). Plaintiff states that she will file dismissal documents as to her claims against defendant, with prejudice, by June 10, 2016.

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that defendant's motion to dismiss (doc. #22) be, and the same hereby is, DENIED as moot.

DATED May 12, 2016.

                                      /s/ James C. Mahan
                                      UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**