UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| RENEE PETROFSKY,<br><br>    Plaintiff(s),<br><br>v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC. and SYNCHRONY BANK,<br><br>    Defendant(s). | Case No. 2:15-CV-1938 JCM (GWF)<br><br>ORDER |

Presently before the court is defendant Synchrony Bank's first motion to dismiss. (ECF No. 10). Plaintiff filed an amended complaint and defendant filed a motion to dismiss the amended complaint. (ECF No. 22). The parties have since filed a notice of settlement between plaintiff Renee Petrofsky and defendant. (ECF No. 24). Plaintiff states that she will file dismissal documents as to her claims against defendant, with prejudice, by June 10, 2016.

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that defendant's motion to dismiss (ECF No. 10) be, and the same hereby is, DENIED as moot.

DATED May 23, 2016.

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**