Michael Kind, Esq.
NV Bar No. 13903
**KAZEROUNI LAW GROUP, APC**
7854 W. Sahara Avenue
Las Vegas, NV 89117
Phone: (800) 400-6808 x7
FAX: (800) 520-5523
mkind@kazlg.com

David H. Krieger, Esq.
NV Bar No. 9086
**HAINES & KRIEGER, LLC**
8985 S. Eastern Avenue, Suite 350
Henderson, Nevada 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
dkrieger@hainesandkrieger.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| RENEE PETROFSKY,<br><br>        Plaintiff,<br><br>v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC. and SYNCHRONY BANK,<br><br>        Defendants. | Case No.: 2:15-cv-01938-JCM-GWF<br><br>**STIPULATION OF DISMISSAL OF DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.** |

1  Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiff
2  Renee Petrofsky ("Plaintiff") and Defendant Experian Information Solutions, Inc.
3  ("Defendant") stipulate to dismiss with prejudice Plaintiff's claims against
4  Defendant in this matter.  Each party will bear its own costs, disbursements, and
5  attorney fees.

6  DATED this 5th day of August 2016.

**KAZEROUNI LAW GROUP, APC**

By: /s/ Michael Kind
Michael Kind, Esq.
7854 W. Sahara Avenue
Las Vegas, NV 89117
*Attorneys for Plaintiff*

**Snell & Wilmer LLP**

By: /s/   Charles E Gianelloni
Bob L. Olson, Esq.
Charles E Gianelloni, Esq.
V. R. Bohman, Esq.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
*Attorneys for Defendant Experian Information Solutions, Inc.*

IT IS SO ORDERED:

DATED: August 8, 2016
_____

_____
UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY pursuant to Rule 5 of the Federal Rules of Civil Procedure that on August 5, 2016, the foregoing STIPULATION OF DISMISSAL OF DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC. was served via CM/ECF to all parties appearing in this case.

**KAZEROUNI LAW GROUP, APC**

By: /s/ Michael Kind
Michael Kind
7854 W. Sahara Avenue
Las Vegas, NV 89117