Michael Kind, Esq. (SBN: 13903)
KAZEROUNI LAW GROUP, APC
7854 W. Sahara Avenue
Las Vegas, NV 89117
Phone: (800) 400-6808 x7
FAX: (800) 520-5523
mkind@kazlg.com

David H. Krieger, Esq. (SBN: 9086)
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue, Suite 350
Henderson, Nevada 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
dkrieger@hainesandkrieger.com
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| RENEE PETROFSKY,<br><br>                    Plaintiff,<br><br>v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC. and SYNCHRONY BANK,<br><br>                    Defendants. | Case No.: 2:15-cv-01938-JCM-GWF<br><br>**JOINT MOTION TO DISMISS DEFENDANT SYNCHRONY BANK** |

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiff Renee Petrofsky ("Plaintiff") and Defendant Synchrony Bank("Synchrony") move this Court to dismiss with prejudice Plaintiff's claims against Synchrony only. Each party will bear its own costs, disbursements, and attorney fees.

DATED this 10th day of June 2016.

**Kazerouni Law Group, APC**

By: /s/ Michael Kind
Michael Kind, Esq.
7854 W. Sahara Avenue
Las Vegas, NV 89117
*Attorneys for Plaintiff*

**Akerman LLP**

By: /s/ Matthew I Knepper
Allison R. Schmidt, Esq.
Matthew I Knepper, Esq.
1160 Town Center Drive, Suite 330
Las Vegas, NV 89144
*Attorneys for Synchrony Bank*

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

August 15, 2016
DATED:_____

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY pursuant to Rule 5 of the Federal Rules of Civil Procedure that on June 10, 2016, the foregoing JOINT MOTION TO DISMISS WITH     PREJUDICE DEFENDANT SYNCHRONY BANK was served via CM/ECF to all parties appearing in this case.

**KAZEROUNI LAW GROUP, APC**

By:  /s/ Michael Kind
Michael Kind
7854 W. Sahara Avenue
Las Vegas, NV 89117